IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and
CHRISTINA BROSE

    Plaintiffs

vs.                              Case No.: 5:07cv134-RS-MD

JOSEPH FRANCIS; MRA
HOLDINGS, LLC a California
limited liability company; MANTRA
FILMS, INC., and Oklahoma corporation

    Defendants.

**DEFENDANTS MANTRA FILM, INC.'S, JOSEPH FRANCIS' AND MRA HOLDINGS, LLC'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(B) FOR THE MOTION TO DISMISS FOR IMPROPER VENUE**

The undersigned hereby certifies that Michael Burke, counsel for Defendants, conferred with counsel for Plaintiffs upon receipt of the request for waiver of service of summons in this action and requested that the Complaint be withdrawn and re-filed in a Court where proper venue resided. No agreement of the issues was reached.

                                       GREENBERG TRAURIG, P.A.
                                       101 East College Avenue
                                       Tallahassee, FL 32301
                                       Telephone (850) 222-6891
                                       Facsimile (850) 681-0207

                                       BARRY RICHARD
                                       Florida Bar Number 0105599
                                       LAUREEN GALEOTO
                                       Florida Bar Number 0194107

                                       *Counsel for Mantra Films, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August 2007, this document was electronically filed with the United States District Court, Northern District of Florida, using its CM/ECF electronic filing system which automatically sends a copy of this document to all attorneys registered therein and listed below:

Christopher T. Hill
Scarborough, Hill & Rugh, P.L.
201 South Orange Avenue, Suite 720
Post Office Box 2311
Orlando, FL 32802-2311

Laureen E. Galeoto

LA 126905403v1 8/13/2007