# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

BROOKE PATSOLIC and CHRISTINA
BROSE,

      Plaintiffs,

vs.                                                                    CASE NO. 5:07cv134/RS

JOSEPH R. FRANCIS; MRA HOLDING LLC,
California limited liability company; and MANTRA
FILMS, INC., an Oklahoma corporation,

      Defendants.
_____/

## ORDER

Before me is the Unopposed Motion For Extension Of Time To Respond To Defendants' Motion To Dismiss For Improper Venue And Motion For Leave To Take Discovery (Doc. 7).

**IT IS ORDERED:**

1. Plaintiffs shall file their response to Defendants Mantra Films, Inc.'s, Joseph Francis And MRA Holding, LLC's Motion To Dismiss For Improper Venue (Doc. 4) not later than October 1, 2007.

2. Discovery prior to October 1, 2007, shall be limited to the issue of venue.

ORDERED on August 28, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**