IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and CHRISTINA
BROSE,

       Plaintiffs,

vs.                                    CASE NO. 5:07cv134/RS

JOSEPH R. FRANCIS; MRA HOLDING LLC,
California limited liability company; and MANTRA
FILMS, INC., an Oklahoma corporation,

       Defendants.
_____/

## NOTICE OF PRELIMINARY CASE MANAGEMENT CONFERENCE

A case management conference in this case has been scheduled for **Friday, October 5, 2007, at 12:00 p.m. (CDT), (1:00 p.m., EDT), in the Jury Deliberation Room, Second Floor, United States Courthouse, 30 West Government Street, Panama City, Florida**. The attorneys for the parties and any unrepresented parties are required to appear prepared to discuss the following matters and with authority to enter into stipulations and to make admissions:

(1)    Jurisdiction.

(2)    The factual basis of all claims and defenses.

(3)    Narrowing the legal issues to those genuinely in dispute. Are there positive and dispositive issues appropriate for resolution by motion or by agreement?

(4)    Motions. What motions are anticipated?

(5)    Discovery. What discovery does each party anticipate? Can discovery be

>   limited in any manner? Potential problems with discovery. The possibility of phase discovery.
>
> (6)   Relief. What relief do the parties seek?
>
> (7)   What is the amount of damages? Explain how damages are computed.
>
> (8)   Discouraging wasteful pretrial activity.
>
> (9)   Expediting disposition of the case. Facilitating settlement.
>
> (10)  Trial. Jury or by the court? Bifurcation? The anticipated length of trial. Possibility of reducing the length of trial by stipulation, use of summaries or statements, or other expedited means of presenting evidence.
>
> (11)  Related cases. Are there any related cases pending in this court or another court?
>
> (12)  Suggestions for the fair, speedy, and inexpensive resolution of this case.
>
> (13)  Standard scheduling orders.

ORDERED on August 28, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**

***** **In the event it is necessary for counsel for any party to attend the conference by telephone, <u>counsel</u> is responsible for advising the deputy clerk <u>not later than 48 hours prior to the conference</u> at (850) 769-4556 and providing a telephone number where they can be reached for the conference. The court will initiate the call.**