IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and
CHRISTINA BROSE

    Plaintiffs

vs.                                            Case No.: 5:07cv134-RS-MD

JOSEPH FRANCIS; MRA
HOLDINGS, LLC a California
limited liability company; MANTRA
FILMS, INC., an Oklahoma corporation

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

Defendants, Joseph Francis, MRA Holdings, LLC, Mantra Films, Inc. respectfully submits their certification pursuant to Federal Rule of Civil Procedure 7.1 as follows:

Defendants, MRA Holdings, LLC and Mantra Films, Inc. hereby states that they have no parent corporation, nor does any publicly held corporation own 10% or more of their stock.

Defendants, Joseph Francis, MRA Holdings, LLC, Mantra Films, Inc. under Rule 11 submit the following names:

    1.    Brooke Patsolic;

    2.    Christina Brose;

    3.    MRA Holdings, LLC;

1

4. Mantra Films, Inc.;

5. Joseph R. Francis;

6. Dana Pustetta;

7. Barry Richard;

8. Laureen Galeoto;

9. Michael Burke; and

10. Christopher Hill.

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, FL 32301
Telephone (850) 222-6891
Facsimile (850) 681-0207

*/s/ Laureen E. Galeoto*
**BARRY RICHARD**
Florida Bar Number 0105599
**LAUREEN GALEOTO**
Florida Bar Number 0194107

*Counsel for Mantra Films, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September 2007, this document was electronically filed with the United States District Court, Northern District of Florida, using its CM/ECF electronic filing system which automatically sends a copy of this document to all attorneys registered therein and listed below:

Christopher T. Hill
Scarborough, Hill & Rugh, P.L.
201 South Orange Avenue, Suite 720
Post Office Box 2311
Orlando, FL 32802-2311

/s/ Laureen E. Galeoto
**Laureen E. Galeoto**

LA 126938298v1 9/11/2007