IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and            )
CHRISTINA BROSE                )
                               )
    Plaintiffs                 )
                               )   Case No.: 5:07-cv-00134-RS-MD
vs.                            )
                               )
JOSEPH R. FRANCIS; MRA         )
HOLDING, LLC a California      )
limited liability company; MANTRA )
FILMS, INC., an Oklahoma corporation )
                               )
    Defendants.                )
_____)

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> A.  Christopher T. Hill, Esquire
> Scarborough, Hill & Rugh, P.L.
> 201 South Orange Avenue, Suite 720
> P.O. Box 2311
> Orlando, Florida 32802
>
> Laureen Galeoto
> Barry Richard
> Greenberg Traurig, P.A.
> 101 East College Avenue
> Tallahassee, FL 32301
>
> Michael Burke

        Joseph Francis

        MRA Holding, LLC

        Mantra Films, Inc.

        Brooke Nicole Patsolic

        Christina Anne Brose

        Dana Pustetta

        Brian Gambrell

        Dana Pustetta

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

    A. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the twenty (20) largest unsecured creditors) in bankruptcy cases:

    A. None other than those listed in response to paragraph 1 above.

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    A. None other than the Plaintiff listed above, who has alleged damages.

5. Check one of the following:

    __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

    _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Date:  September 11, 2007         s/ Christopher T. Hill
              Christopher T. Hill
              Florida Bar No.  0868371
              Scarborough, Hill & Rugh, P.L.
              201 South Orange Ave, Suite 720
              P.O. Box 2311
              Orlando, Florida  32802
              PH: (407)926-7460

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to the following ECF registrants on this 11th day of September, 2007 to the following:

Laureen Galeoto
Greenberg Traurig, P.A.
101 East College Avenue
Tallahassee, FL 32301
galeotol@gtlaw.com

      Respectfully submitted,

      SCARBOROUGH, HILL & RUGH, P.L.


      /s/ Christopher Hill
      CHRISTOPHER T. HILL
      Florida Bar No.  0868371
      201 South Orange Avenue, Suite 720
      Post Office Box 2311
      Orlando, Florida 32802-2311
      (407) 926-7460 - (407) 926-7461 – facsimile
      chill@shrlaw.com
      Attorneys for the Plaintiff