## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | |
|---|---|
| **BROOKE PATSOLIC and** ) <br> **CHRISTINA BROSE** ) <br> ) <br> **Plaintiffs** ) <br> ) <br> **vs.** ) <br> ) <br> **JOSEPH R. FRANCIS; MRA** ) <br> **HOLDING, LLC a California** ) <br> **limited liability company; MANTRA** ) <br> **FILMS, INC., an Oklahoma corporation** ) <br> ) <br> **Defendants.** ) <br> _____) | **Case No.: 5:07-cv-00134-RS-MD** |

### NOTICE OF FILING ATTORNEY'S FEE TIME AND RECORDS

Plaintiffs, BROOKE PATSOLIC and CHRISTINA BROSE, by and through the undersigned counsel and pursuant to this Court's Order dated August 28, 2007, paragraph 9(b), hereby file, **_under seal,_** the records pertaining to attorney's fees incurred through the month of August 2007, and further provides the following summary, as required by the aforementioned Order:

Total Attorney hours for this filing        49.9

Total non-attorney hours for this filing        3.6

Dated: September 14, 2007

Respectfully submitted,

SCARBOROUGH, HILL & RUGH, P.L.

s/ Christopher T. Hill_____
CHRISTOPHER T. HILL
Florida Bar No.  0868371
201 South Orange Avenue, Suite 720

1

Dockets.Justia.com

Post Office Box 2311
Orlando, Florida 32802-2311
(407) 926-7460
(407) 926-7461 facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by email and facsimile on this 14th day of September 2007 to the following:

Laureen Galeoto
Greenberg Traurig, P.A.
101 East College Avenue
Tallahassee, FL 32301
galeotol@gtlaw.com

SCARBOROUGH, HILL & RUGH, P.L.

s/ Christopher T. Hill_____
CHRISTOPHER T. HILL
Florida Bar No.  0868371
201 South Orange Avenue, Suite 720
Post Office Box 2311
Orlando, Florida 32802-2311
(407) 926-7460
(407) 926-7461 facsimile
chill@shrlaw.com
*Attorneys for Plaintiffs*