IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and
CHRISTINA BROSE

    Plaintiffs

vs.                                    Case No.: 5:07cv134-RS-MD

JOSEPH FRANCIS; MRA
HOLDINGS, LLC a California
limited liability company; MANTRA
FILMS, INC., and Oklahoma corporation

    Defendants.

## DEFENDANTS' SUMMARY OF TIME RECORDS

The law firm of Greenberg Traurig, P.A., as counsel for Defendants, Joseph Francis, MRA Holdings, LLC, and Mantra Films, Inc., have filed under seal the attorney and non-attorney time records setting forth time expended from inception through August 31, 2007. The time records are summarized as follows:

| | |
|---|---:|
| TOTAL ATTORNEY HOURS THIS FILING: | 28.70 |
| TOTAL NON-ATTORNEY HOURS THIS FILING: | .60 |
| **TOTAL ATTORNEY AND NON-ATTORNEY HOURS THIS FILING:** | **29.30** |

Civil No. 5:07cv134-RS-MD

Dated September 17, 2007.

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, FL 32301
Telephone (850) 222-6891
Facsimile (850) 681-0207

*s/Laureen E. Galeoto*
**BARRY RICHARD**
Florida Bar Number 0105599
**LAUREEN GALEOTO**
Florida Bar Number 0194107

***Counsel for Defendants.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing on this 17th day of September, 2007, upon the following counsel of record:

CHRISTOPHER T HILL
chill@Shrlaw.Com
SCARBOROUGH HILL & RUGH PL
PO BOX 2311
ORLANDO, FL 32802-2311
Attorneys for Plaintiffs

*s/Laureen E. Galeoto*
**Attorney**