IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **BROOKE PATSOLIC and** ) | |
| **CHRISTINA BROSE** ) | |
| ) | |
|     **Plaintiffs** ) | |
| ) | **Case No.: 5:07-cv-00134-RS-MD** |
| vs. ) | |
| ) | |
| **JOSEPH R. FRANCIS; MRA** ) | |
| **HOLDING, LLC a California** ) | |
| **limited liability company; MANTRA** ) | |
| **FILMS, INC., an Oklahoma corporation** ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE**

Plaintiffs BROOKE PATSOLIC and CHRISTINA BROSE, by and through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure hereby file this Unopposed Motion for Extension of Time to October 12, 2007, to Respond to Defendants' Motion to Dismiss for Improper Venue, filed on August 13, 2007, (Docket No. 4), and state as follows:

### I. INTRODUCTION

On August 13, 2007, Defendants filed a Motion to Dismiss in this action claiming that the Northern District of Florida was an improper venue for these claims against Joseph R. Francis, MRA Holding, LLC, Mantra Films, Inc.

Plaintiffs believe that venue is proper in the Northern District due to the Defendants' activities, sales and publication of the video in question in the Northern District, as well as based upon other factors. On August 27, 2007, Plaintiffs moved for an extension of time to conduct

limited discovery on the issue of venue. This motion was granted by Order dated August 28, 2007, (Docket No. 9) and the Court allowed the Plaintiffs until October 1, 2007 conduct discovery and to file a response to the Defendants' Motion.

On September 19, 2007, the Plaintiffs conducted the depositions of the Rule 30(b)(6) corporate representatives of Defendants, Mantra Films and MRA Holdings, as well as two factual witnesses located in Los Angeles. These depositions were taken specifically on issues relating to the question of venue and will be relied upon by the Plaintiffs in responding to Defendants' Motion. However, the undersigned has not yet been able to obtain a transcript of these depositions. Therefore, Plaintiffs request an extension of time up to and including October 12, 2007, in which to provide a complete response on this issue.

The undersigned and counsel for the Defendants, Laureen Galeoto of Greenberg Traurig, have recently conducted the Rule 16 scheduling and planning conference and will be proposing a slightly extended discovery and trial schedule. Thus, it is not anticipated that this short extension of time to respond to the venue motion will prejudice any party. The undersigned has conferred with Ms. Galeoto pursuant to N.D. Fla. Loc.R. 7.1(B) and is authorized to represent that she has no objection to this motion.

## II.  MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure allows the Court to enlarge the time for any response or action for good cause at any time in its discretion. Because the undersigned has not yet been able to obtain a transcript of these depositions, Plaintiffs respectfully requests this Court grant an extension of time up to and including October 12, 2007, in which to provide a response on this issue.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Court grant an eleven (11) day extension of time up to and including October 12, 2007, to respond to Defendants' Motion to Dismiss for Improper Venue (Docket No. 4), and grant any further or alternative relief as the court may deem just and proper.

Dated: October 1, 2007

                          Respectfully submitted,

                          SCARBOROUGH, HILL & RUGH, P.L.

                          s/ Christopher T. Hill
                          CHRISTOPHER T. HILL
                          Florida Bar No. 0868371
                          201 South Orange Avenue, Suite 720
                          Post Office Box 2311
                          Orlando, Florida 32802-2311
                          (407) 926-7460
                          (407) 926-7461 facsimile
                          chill@shrlaw.com
                          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to the following ECF registrants on this 1st day of October 2007 to the following:

Laureen Galeoto<br>
Greenberg Traurig, P.A.<br>
101 East College Avenue<br>
Tallahassee, FL 32301<br>
galeotol@gtlaw.com

        SCARBOROUGH, HILL & RUGH, P.L.

        s/ Christopher T. Hill_____
        CHRISTOPHER T. HILL
        Florida Bar No. 0868371
        201 South Orange Avenue, Suite 720
        Post Office Box 2311
        Orlando, Florida 32802-2311
        (407) 926-7460 - (407) 926-7461 facsimile
        chill@shrlaw.com
        *Attorneys for Plaintiffs*