IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and
CHRISTINA BROSE

    Plaintiffs

vs.                                       Case No.: 5:07cv134-RS-MD

JOSEPH FRANCIS; MRA
HOLDINGS, LLC a California
limited liability company; MANTRA
FILMS, INC., an Oklahoma corporation

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS

To:    Joseph Francis
        Mantra Films, Inc.
        1601 Cloverfield Avenue
        Santa Monica, CA 90404

        Joseph Francis
        MRA Holdings, LLC
        1601 Cloverfield Avenue
        Santa Monica, CA 90404

        Joseph Frances
        c/o Roy Black, Esq.
        Black, Srebnick, Kornspan & Stumpf, P.A.
        201 South Biscayne Boulevard, Suite 1300
        Miami, Florida 33131

    PLEASE TAKE NOTICE that Barry Richard, Laureen Galeoto and Greenberg Traurig, LLP, pursuant to Local Rule 11.1, Rules of Civil Procedure, have notified JOSEPH FRANCIS; MRA HOLDINGS, LLC a California, limited liability company; MANTRA FILMS, INC., an Oklahoma corporation, of their intent to withdrawal as

TAL 451434903v1 10/2/2007

counsel of record and request entry of an order granting such withdrawal on October 12, 2007, ten days from the date of this Notice as set forth in the above-referenced Local Rule.

    Dated October 2, 2007.

                                            **GREENBERG TRAURIG, P.A.**
                                            101 East College Avenue
                                            Tallahassee, FL  32301
                                            Telephone (850) 222-6891
                                            Facsimile (850) 681-0207

                                            *s/Barry Richard*
                                            **BARRY RICHARD**
                                            Florida Bar Number 0105599
                                            **LAUREEN GALEOTO**
                                            Florida Bar Number 0194107

                                            ***Counsel for Defendants.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile and U. S. Mail to Defendants, and via electronic filing on this 2nd day of October, 2007, upon the following counsel of record:

CHRISTOPHER T HILL
chill@Shrlaw.com
SCARBOROUGH HILL & RUGH PL
PO BOX 2311
ORLANDO, FL 32802-2311
Attorneys for Plaintiffs

                                            *s/Barry Richard*
                                            **Attorney**