IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and CHRISTINA
BROSE,

        Plaintiffs,

vs.                                                         CASE NO. 5:07cv134/RS-MD

JOSEPH R. FRANCIS; MRA HOLDING LLC,
California limited liability company; and MANTRA
FILMS, INC., an Oklahoma corporation,

        Defendants.
_____/

## ORDER

The relief requested by Plaintiffs' Unopposed Motion For Extension Of Time To Respond To Defendants' Motion To Dismiss For Improper Venue is **granted**.

ORDERED on October 5, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**