IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and CHRISTINA BROSE,

    Plaintiffs,

vs.                                CASE NO. 5:07cv134/RS-MD

JOSEPH R. FRANCIS; MRA HOLDING LLC, California limited liability company; and MANTRA FILMS, INC., an Oklahoma corporation,

    Defendants.

_____/

### ORDER

The parties shall file the Rule 26 Meeting Report required by the Initial Scheduling Order or a notice of settlement not later than October 19, 2007.

ORDERED on October 15, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**