IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BROOKE PATSOLIC and CHRISTINA
BROSE,

       Plaintiffs,

vs.  CASE NO. 5:07cv134/RS-MD

JOSEPH R. FRANCIS; MRA HOLDING LLC,
California limited liability company; and MANTRA
FILMS, INC., an Oklahoma corporation,

       Defendants.
_____/

## ORDER

Before me is the Notice Of Withdrawal Of Counsel For Defendants (Doc. 20) filed by Barry Richard, Laureen Galeoto, and Greenberg Traurig, LLP.

**IT IS ORDERED** that Barry Richard, Laureen Galeoto, and Greenberg Traurig, LLP are granted leave to withdraw as counsel of record for Defendants.

ORDERED on October 15, 2007.

       /S/ Richard Smoak
       **RICHARD SMOAK**
       **UNITED STATES DISTRICT JUDGE**