IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **BROOKE PATSOLIC and CHRISTINA BROSE** ) ) ) **Plaintiffs** ) ) vs. ) ) **JOSEPH R. FRANCIS; MRA HOLDING, LLC a California limited liability company; MANTRA FILMS, INC., an Oklahoma corporation** ) ) ) ) ) ) **Defendants.** ) ) | Case No.: 5:07-cv-00134-RS-MD |

## NOTICE OF DISMISSAL

Plaintiffs, BROOKE PATSOLIC and CHRISTINA BROSE, by and through their undersigned attorney and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the stipulation of the parties, hereby gives notice to the Court that they voluntarily dismiss the above causes of action against the defendants, JOSEPH R. FRANCIS; MRA HOLDING, LLC a California limited liability company and MANTRA FILMS, INC., an Oklahoma corporation, with prejudice, with each side to bear their own attorneys' fees.

Dated: October 15th, 2007        Respectfully submitted,

SCARBOROUGH, HILL & RUGH, P.L.

s/ Christopher T. Hill
CHRISTOPHER T. HILL
Florida Bar No. 0868371
201 South Orange Avenue, Suite 720
Post Office Box 2311
Orlando, Florida 32802-2311
(407) 926-7460
(407) 926-7461 facsimile
chill@shrlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to the following ECF registrants on this 15th day of October 2007 to the following:

Laureen Galeoto
Greenberg Traurig, P.A.
101 East College Avenue
Tallahassee, FL 32301
galeotol@gtlaw.com

> Respectfully submitted,
> SCARBOROUGH, HILL & RUGH, P.L.
>
> s/ Christopher T. Hill_____
> CHRISTOPHER T. HILL
> Florida Bar No. 0868371
> 201 South Orange Avenue, Suite 720
> Post Office Box 2311
> Orlando, Florida 32802-2311
> (407) 926-7460
> (407) 926-7461 facsimile
> chill@shrlaw.com
> *Attorneys for Plaintiffs*